ACCEPTED
04-15-00116-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/2/2015 3:19:24 PM
KEITH HOTTLE
CLERK

04-15-00116-CV

NO. 2012-CI-00097

| | | |
|---|---|---|
| HOLT TEXAS, LTD. D/B/A HOLT CAT | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| WEIR BROS., INC., LEE WEIR, | § | |
| MIKE WEIR, AND AL WEIR | § | |
| Defendants | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/2/2015 3:19:24 PM
KEITH E. HOTTLE
Clerk

### NOTICE OF APPEAL

Defendants Lee Weir, Mike Weir, and Al Weir desire to appeal from the Order Appointing Receiver and Turnover Order signed the Court on October 2, 2014 (the "Order").

Defendants state that no notice of the Order was served upon them by the Clerk and that this Notice is being filed within twenty (20) days of the date that Defendants became aware that the Order had been signed.

Defendants appeal to the Fourth Court of Appeals.

_____

Respectfully Submitted,


  /s/ Dennis M. Holmgren_____
Mitchell Madden (Lead Counsel)
State Bar No. 12789350
Dennis M. Holmgren
State Bar No. 24036799
**Holmgren Johnson: Mitchell Madden, LLP**
Montfort Place
13800 Montfort Dr., Suite 160
Dallas, Texas 75240
Tele: 972/484-7780
Fax: 972/484-7743

ATTORNEYS FOR DEFENDANTS LEE WEIR, MIKE WEIR, AND AL WEIR


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served, pursuant to the Texas Rules of Civil Procedure on opposing counsel this 2nd day of March, 2015.


  /s/ Dennis M. Holmgren_____
Dennis M. Holmgren